Your Name: Bukhari Baaset
Address: 3600 Sierra Ridge Ave. #5304
Richmond, CA 94806
Phone No.: (678)613-6773
E-mail: bukhari.baaset@yahoo.com
Pro Se Defendant

FILED
MAR 22 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

G & G Closed Circuit Events LLC

Plaintiff,

vs.

Bukhari Najee'ullah Baaset, individually and d/b/a BNB Wings N' Things; and BNB Wings N' Things LLC, an unknown business entity d/b/a BNB Wings N Things

Defendant.

Case Number: 3:24-cv-00089-EMC

**ANSWER**

*Check only if you include a Counterclaim or Crossclaim:*

☐ **AND COUNTERCLAIM**

☐ **AND CROSSCLAIM**

DEMAND FOR JURY TRIAL *[check one]* ☐ Yes ☒ No

Judge: Hon. Edward M. Chen

**1. Responses to the Claims in the Complaint**

*Each paragraph of the Complaint should be numbered. Read each paragraph carefully.*

- *If everything in the paragraph is **false**, do not write that paragraph number anywhere. The first paragraph of this Answer denies everything that is not specifically admitted.*
- *If everything in the paragraph is **true**, write that paragraph number in Section B, below.*
- *If you **don't know** whether the paragraph is true or not, write that paragraph number in Section C, below.*
- *If the paragraph is **partly true and partly false**, write that paragraph number in Section D below and explain which specific parts of the paragraph are true.*
- *Use more pages if needed.*

Your Name: [illegible]
Address: [illegible]
Phone No.: [illegible]
E-mail: [illegible]
Pro Se Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

[illegible], Plaintiff,

v.

[illegible], Defendant.

Case Number: [illegible]

ANSWER

Check only if you are including a Counterclaim or Crossclaim:
☐ AND COUNTERCLAIM
☐ AND CROSSCLAIM

DEMAND FOR JURY TRIAL [check one] ☐ Yes ☐ No

Judge: Hon. [illegible]

A. Responses to the Claims in the Complaint

Each paragraph of the Complaint should be answered. Read each paragraph carefully:

- If everything in the paragraph is false, [illegible] write that paragraph number [illegible] first paragraph of this Answer denies [illegible] is not completely admitted.
- If everything in the paragraph is true, write the paragraph number in Section B below.
- If you don't know whether the paragraph is true or not, write that paragraph number in Section C below.
- If the paragraph is partly true and partly false, write that paragraph number in Section D below and explain which specific parts of the paragraph are true.
- Use more pages if needed.

A. Defendant **denies** each and every allegation in the Complaint except those specifically admitted in this Answer.

B. Defendant **admits** all of the allegations in the following paragraphs:

4, 5, 7, 8, 9, 15, 16

C. Defendant **does not know** or have enough information to form a belief as to whether the allegations in the following paragraphs are true:

1, 2, 3, 6, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 30, 31, 32, 33, 34, 36, 40, 41, 42

D. Defendant **admits only parts** of each paragraph below, and denies or does not know enough to say whether the rest of the paragraph is true. *[Use more pages if needed]*:

Paragraph 10: I admit only that On Saturday April 22, 2023. Defendant Bukhari Najee'ullah Baaset had the right and ability to supervise the activities of BNB Wings N Things.

Paragraph 11: I admit only that On Saturday April 22, 2023 Defendant Bukhari Najee'ullah Baaset, as an individual, had the obligation to supervise the activities of BNB Wings N Things LLC.

Paragraph 13: I admit only that On Saturday April 22nd, 2023, Defendant Bukhari Najee'ullah Baaset, had an obvious and direct financial interest in the activities of BNB Wings N Things.

Paragraph ____: I admit only that

A. Defendant denies each and every allegation in the Complaint except those specifically admitted in this Answer.

B. Defendant admits all of the allegations in the following paragraphs:

C. Defendant does not know or have enough information to form a belief as to whether the allegations in the following paragraphs are true:

D. Defendant admits only parts of each paragraph below, and denies or does not know enough to say whether the rest of the paragraph is true. (Use more pages if needed.)

Paragraph ___: I admit only that ___

Paragraph ___: I admit only that ___

Paragraph ___: I admit only that ___

Paragraph ___: I admit only that ___

**Demand for Relief**

WHEREFORE, Defendant demands:

☒ That the Court enter judgment dismissing the Complaint;

☒ That Defendant be awarded costs incurred;

☒ That Defendant be awarded such other and further relief as the Court may deem just;

☐ *[If you filed a counterclaim or crossclaim, explain what you would like the Court to do]*:

☐ Other *[explain]*:

**Demand for Jury Trial**

*Check one box to show whether you would like a jury to decide your case, if allowed.*

☐ Yes

☒ No

*If more than one Defendant is included in this Answer, each must sign and date below. Attach another page if you need to.*

Respectfully submitted,

Date: 3/11/24

Signature: [signature]

Printed name: Bukhari Baaset

Pro Se Defendant

## Demand for Relief

WHEREFORE, Defendant demands:

- [ ] That the Court enter judgment dismissing the Complaint.
- [x] That Defendant be awarded costs incurred.
- [ ] That Defendant be awarded such other and further relief as the Court may deem just.
- [ ] (If you have a counterclaim or cross-claim, say what you would like the Court to do):

- [ ] Other (explain):

## Demand for Jury Trial

Check one box to show whether you would like a jury to decide your case, if allowed.

- [ ] Yes
- [x] No

(Ensure that each Defendant included in this Answer must sign and date below. Attach another page if necessary.)

Respectfully submitted,

Date: [illegible] Signature: [illegible]

Printed name: [illegible]

Pro Se Defendant

Justice Diversity CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

**You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Answer that you file and serve.**

1. **Case name** *[write Plaintiff's name on the first line, and your name on the second line]*:
G & G Closed Circuit Events LLC Bukhari Baaset d/b/a BNB Wings N Things

2. **Case number:** 3:24-cv-00089-EMC

3. **Document served:** Answer *[if you added a claim of your own, check the box for that claim]*
☐ Counterclaim ☐ Crossclaim

4. **How was the Answer served?** *[check one]*
   - ☐ Placed in U.S. Mail
   - ☐ Hand-delivered
   - ☒ Sent for delivery (e.g., FedEx, UPS)
   - ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **To whom was the Answer sent?** *[For each person you sent the document, write their full name and contact information used.]*

Thomas P. Riley, Law Offices of Thomas P. Riley P.C.
First Library Square
1114 Fremont Avenue, South Pasadena, CA 91030-3227

United States District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

6. **When was the Answer served?** 3/11/24

7. **Who served the Answer?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]

Name: Bukhari Baaset

Address: 3600 Sierra Ridge Ave. #5304
Richmond, CA 94806