Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Bukhari N. Baaset, et al.,<br><br>Defendants. | Case No. 3:24-cv-00089-EMC<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE THE MAY 22, 2024 PRE-SETTLEMENT CONFERENCE CALL**<br><br>**FOR: The Honorable Magistrate Judge Donna M. Ryu** |

**TO THE HONORABLE COURT, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff G & G Closed Circuit Events, LLC, here by applies *ex parte* for an order continuing the pre-settlement conference call in this action, presently set May 22, 2024 at 9:30 A.M. to a new date of the Court's convenience approximately thirty (30) forward.

///

///

This request is necessitated for the following reasons:

1.      Plaintiff's counsel is scheduled to appear and participate at a Telephonic Status Conference on May 22, 2024 before the Honorable Magistrate Judge Barbara A. McAuliffe in the matter of *G&G Closed Circuit Events, LLC v. Oscar Dorado Aguilar*, Case No. 1:20-cv-01745-JLT-BAM (USDC EDCA)[1]. (Please see concurrently filed Declaration of Thomas P. Riley).

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court continue the pre-settlement conference call presently scheduled for May 22, 2024 at 9:30 A.M. to a new date approximately thirty (30) days forward.

                                        Respectfully submitted,

Dated: May 15, 2024                       */s/ Thomas P. Riley*
                                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                               By: Thomas P. Riley
                                               Attorneys for Plaintiff
                                               G & G Closed Circuit Events, LLC

---

[1] The Telephonic Status Conference before the Honorable Barbara A. McAuliffe was scheduled on May 3, 2024 (prior to the Court's scheduling of the telephonic pre-settlement conference call on May 8, 2024.

## **ORDER** (Proposed)

It is hereby ordered that the pre-settlement conference call in civil action 3:24-cv-00089-EMC styled *G & G Closed Circuit Events, LLC v. Bukhari N. Baaset, et al.,* is hereby continued from May 22, 2024 at 9:30 A.M. to a new date of _____.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____       Dated:_____

**The Honorable Donna M. Ryu**
**United States District Court**
**Northern District of California**

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 15, 2024, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE THE MAY 22, 2024 PRE-SETTLEMENT CONFERENCE CALL**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Bukhari Baaset
BNB Wings N Things LLC
4780 Mission St.
San Francisco, CA 94112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 15, 2024, at South Pasadena, California.

Dated: May 15, 2024                     */s/ Isabella Fernandez*
                                        **ISABELLA FERNANDEZ**