UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUKHARI NAJEEULLAH BAASET, et al., <br><br> Defendants. | Case No. 24-cv-00089-EMC <br><br> **ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW** <br><br> Docket No. 79 |

Plaintiff G&G Closed Circuit Events, LLC ("G&G") has filed suit against two Defendants: (1) Bukhari Najeeullah Baaset, individually and doing business as BNB Wings N' Things ("Mr. Baaset"), and (2) BNB Wings N' Things LLC ("BNB LLC"). Currently pending before the Court is defense counsel's motion to withdraw. Counsel moved to withdraw after receiving an email from Mr. Baaset stating that he no longer wanted anyone at the firm to represent him or his company. The Court ordered counsel to give notice of the hearing to Defendants by phone and email and to serve a copy of the order setting the hearing. The Court also ordered counsel to serve the motion to withdraw if he had not already done so. *See* Docket No. 80 (order). Defense counsel subsequently submitted a declaration confirming compliance with the order. Counsel noted, *inter alia*, that he spoke directly to Mr. Baaset about the hearing. *See* West Decl. ¶ 2.

Although he was given notice, Mr. Baaset failed to appear at the hearing on the motion to withdraw. Given the evidence provided by defense counsel and Mr. Baaset's failure to appear, the Court hereby **GRANTS** the motion to withdraw. The Court orders defense counsel to promptly file with the Court contact information for Mr. Baaset and BNB LLC, including an address, phone number, and email address. The Court also orders defense counsel to immediately serve a copy of

this order on Defendants and to file a proof of service with the Court.

As the Court has previously noted for Defendants' benefit, Mr. Baaset is entitled to represent himself in this lawsuit, but he cannot represent BNB LLC. BNB LLC may appear only through counsel. *See* Civ. L.R. 3-9. Accordingly, the Court temporarily stays proceedings in the case for thirty (30) days so that BNB LLC can try to locate new counsel to represent it **and** have that counsel make an appearance in this case. The stay shall automatically lift after the expiration of thirty (30) days. Defendants are forewarned that, if BNB LLC does not have counsel to represent it, it risks a default being entered against it. Defense counsel represented that this same warning was given to Defendants at the time counsel informed them of the motion to withdraw.

This order disposes of Docket No. 79.

**IT IS SO ORDERED**.

Dated: October 23, 2025

_____
EDWARD M. CHEN
United States District Judge